# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANTHONY LEO WHITE,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                            1:11-cv-117-RJC

DAVID HOYLE, Secretary, N.C. Department
of Revenue, et al.,

        Defendants.

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 03/02/2012 Order.

Signed: March 2, 2012

Frank G. Johns, Clerk
United States District Court